UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN KRIS PERKINS,
    Plaintiff,

vs.                                          Case No.:  3:22cv09398/LAC/ZCB

OKALOOSA COUNTY,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On August 15, 2022, the Court ordered (Doc. 9) Plaintiff to file an amended complaint within thirty days because his prior complaints (Docs. 1, 4, 8) were deficient. The Court directed the Clerk of Court to send Plaintiff the complaint form and notified Plaintiff that his failure to comply with the Court's order to file an amended complaint may result in a recommendation of dismissal. (Doc. 9 at 5).

Plaintiff did not file an amended complaint by the deadline. Therefore, on September 23, 2022, the Court gave Plaintiff thirty days to show cause as to why this case should not be dismissed for failure to comply with a Court order. (Doc. 11). Plaintiff responded to the Court's show cause order with a "Motion for Civil Court." (Doc. 12). Plaintiff's response does not show good cause for his failure to

file an amended complaint as instructed. Instead, Plaintiff's response consists of largely nonsensical statements. Here are a few examples:

- No intent to get violent with anyone! Simple assault Int. Threa. To Do Viol. Dropped:…Thank you…May I have a ride to Ft. Walton? No. Taxi Cab Usually Charges $100.00, I'll Give you $50.00…No I Have Kids. I Don't Care, I've Taken Care of Kids, I Could Have Left Your Phone on the Side of the Road. I know, I'm Sorry…Deep Breath and I Walk Away
- I Recently Visited Gulf Breeze Zoo and Recently Purchased Yearly Membership…I Was Breaking in New Shoes and Purchased Some Magnets to Attach My Hat for Scientific Research…Called Some Taxis and Went to ER…About 10:00 PM! Bunions and Bruised Feet…Injuries and Tired.
- Invasions of Privacies and Casting of Lots…Example: Birth Date…Presidents…Reps and Senators…Doctors…Not That Many People! Easily Proveable (sic) Seditious Conspiracies…A Disregard of My Credentials and Publishable Articles and Letters…My Own Case Law…And Inaccurate use of Case Law…Ransomware and Sextortion Type of Situations…

(*Id.*).

The Court finds that Plaintiff has failed to show good cause as to why the case should not be dismissed for his failure to follow the Court's August 15, 2022, order (Doc. 9) to file an amended complaint. Plaintiff's response to the show cause order—like his previously filed pleadings—is impossible to follow. The Court cannot adjudicate what it cannot understand.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of

the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order").

At Pensacola, Florida, this 27th day of October 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**This case was referred to the undersigned for the issuance of all preliminary orders and any recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**